UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HOPE BODDY,<br><br>        Plaintiff,<br><br>v.<br><br>CHEX SYSTEMS, INC.,<br><br>        Defendant. | Case No.  2:21-cv-00973-JAD-NJK<br><br>**ORDER TO EXTEND TIME FOR CHEX SYSTEMS, INC., TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Chex Systems, Inc., ("ChexSystems")  and Plaintiff Hope Boddy ("Plaintiff"), by and through their counsel, hereby respectfully submit this stipulation to extend time for ChexSystems to respond to Plaintiff's Complaint.  This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2 and LR 7-1.  This is the first request for extension of time to respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on May 21, 2021 and ChexSystems was served with the Complaint on May 26, 2021.  Accordingly, ChexSystems' response to Plaintiff's Complaint is currently due June 16, 2021.  Upon ChexSystems' request and good cause shown, Plaintiff has agreed to a thirty (30) day extension for ChexSystems' to respond to Plaintiff's Complaint. Good cause exists to grant the stipulation as an additional thirty (30) days are needed to allow ChexSystems to investigate Plaintiff's allegations, including a review of relevant documents.

Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and ChexSystems agree that ChexSystems shall have up to and including July 16, 2021 to file a responsive pleading to Plaintiff's Complaint.

THEREFORE, Defendant ChexSystems, Inc., shall have up to and including July 16, 2021 to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 11th day of June, 2021.     DATED this 11th day of June, 2021.

| KRIEGER LAW GROUP, LLC | KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD. |
|---|---|
| By: */s/ David Krieger*<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>Tel: (702) 848-3855<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br>*Attorneys for Plaintiff*<br>*Hope Boddy* | By: */s/ Gary E. Schnitzer*<br>Gary E. Schnitzer, Esq.<br>8985 S. Eastern Avenue, Suite 200,<br>Las Vegas, NV 89123<br>Tel: (702) 222-4142<br>gschnitzer@ksjattorneys.com<br>*Attorneys for Defendant*<br>*Chex Systems, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED:   June 14, 2021