KRAVITZ, SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
Gary E. Schnitzer , Esq.
Nevada Bar Number 395
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Attorneys for Defendant
Chex Systems, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HOPE BODDY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHEX SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00973-JAD-NJK<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME FOR CHEX SYSTEMS, INC., TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Chex Systems, Inc., ("ChexSystems") and Plaintiff Hope Boddy ("Plaintiff"), by and through their counsel, hereby respectfully submit this stipulation to extend time for ChexSystems to respond to Plaintiff's Complaint. This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2 and LR 7-1. This is the second request for extension of time to respond to Plaintiff's Complaint.

Plaintiff filed her Complaint on May 21, 2021 and ChexSystems was served with the Complaint on May 26, 2021. Accordingly, ChexSystems' response to Plaintiff's Complaint was due June 16, 2021. Chex Systems filed a Stipulation for Extension of Time to Respond to Complaint requesting a thirty-day (30) extension of time to file a responsive pleading, making the new deadline July 16, 2021. The Court granted the Stipulation for Extension of Time to Respond to Complaint on June 14, 2021.

Plaintiff and ChexSystems are currently in substantive discussions regarding the facts of the case and are exploring the possibility of resolving the matter without Court involvement.

ChexSystems requests a thirty-day (30) day extension of time to respond to Plaintiff's Complaint in order to facilitate further discussions and factual investigation by the parties. Good cause exists to grant the stipulation as an additional thirty (30) days are needed to allow ChexSystems to complete its investigation of Plaintiff's allegations, including a review of all relevant documents.

Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and ChexSystems agree that ChexSystems shall have up to and including August 16, 2021 to file a responsive pleading to Plaintiff's Complaint.

THEREFORE, Defendant Chex Systems, Inc., shall have up to and including August 16, 2021 to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 9th day of July 2021.

| KRIEGER LAW GROUP, LLC | KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD. |
|---|---|
| By: _/s/ David Krieger_<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>Tel: (702) 848-3855<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br>*Attorneys for Plaintiff Hope Boddy* | By: *s/ Gary E. Schnitzer*<br>Gary E. Schnitzer, Esq.<br>8985 S. Eastern Avenue, Suite 200,<br>Las Vegas, NV 89123<br>Tel: (702) 222-4142<br>gschnitzer@ksjattorneys.com<br>*Attorney for Defendant Chex Systems, Inc.* |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: July 12, 2021